James Edward WILLIAMS *v.* STATE of Arkansas

CR 04-413                                                                 166 S.W.3d 564

Supreme Court of Arkansas
Opinion delivered May 6, 2004

*Robert N. Jeffrey*, for appellant.

No response.

PER CURIAM. Appellant James Edward Williams, by and through his attorney, has filed a motion for rule on the clerk. His attorney, Robert N. Jeffrey, states in the motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See McDonald v. State,* 356 Ark. 106, 146 S.W.3d 883 (2004).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.